```
                  UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

**MIKETTA AVERETTE**            )
                                )
v.                              )         NO. 3:09-0043
                                )         JUDGE ECHOLS
**DOLGENCORP, INC., ET AL.**    )


**O R D E R**

I hereby recuse myself in this action.  The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

*[signature]*
_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE